UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAUL CATLIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:10-cv-00451-LJM-MJD |
| | ) | |
| ACTIS GLOBAL VENTURES, INC, | ) | |
| LAMARCA UNLIMITED, LLC, | ) | |
| Defendant. | ) | |

## ORDER AND ENTRY OF JUDGMENT

On March 17, 2011, the Court ordered the parties to show cause, on or before April 7, 2011, in writing, the basis for federal jurisdiction. The parties have failed to show cause within the Court-ordered deadline. The Court hereby **REMANDS** this cause to Hamilton County, Indiana, Superior Court for lack of federal jurisdiction. Judgment is entered accordingly.

IT IS SO ORDERED this 12th day of April, 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

Distribution attached.

Distribution to:

John Michael Antrim
CHURCH CHURCH HITTLE & ANTRIM
antrim@cchalaw.com

Brad A. Catlin
PRICE WAICUKAUSKI & RILEY
bcatlin@price-law.com

Eric Michael Douthit
CHURCH CHURCH HITTLE & ANTRIM
edouthit@cchalaw.com

James Patrick Hanlon
BAKER & DANIELS - Indianapolis
jphanlon@bakerd.com

Kevin M. Kimmerling
BAKER & DANIELS - Indianapolis
kevin.kimmerling@bakerd.com

Steven Michael Lutz
CHURCH CHURCH HITTLE & ANTRIM
lutz@cchalaw.com

Alexander Phillip Pinegar
CHURCH CHURCH HITTLE & ANTRIM
apinegar@cchalaw.com

William N. Riley
PRICE WAICUKAUSKI & RILEY
wriley@price-law.com

Martin E. Risacher
CHURCH CHURCH HITTLE & ANTRIM
risacher@cchalaw.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com